

NUMBER 13-18-00228-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAFAEL MATA JR. A/K/A RAFAEL MATA,                 **Appellant,**

**v.**

TODD MEDWED,                                 **Appellee.**

**On appeal from the County Court at Law No. 2
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion by Justice Benavides**

Appellant, Rafael Mata Jr. a/k/a Rafael Mata, appealed a judgment for possession entered by the County Court at Law No. 2 of Cameron County, Texas. On May 29, 2018 and June 13, 2018, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid within ten days from receipt of the letter. *See* TEX. R. APP. P.

42.3(c).   Appellant has not responded to the notices from the Clerk or paid the $205.00 filing fee.   *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 42.3(b), (c). Accordingly, the appeal is DISMISSED for want of prosecution.


GINA M. BENAVIDES,
Justice


Delivered and filed the
2nd day of August, 2018.

2